MINUTE ENTRY
SEAR, JUDGE
APRIL 10, 2000

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| HIGHLAND TOWING, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-092 |
| M/V ELKHORN RIVER, ETC., ET AL. | * | SECTION "G" |

### O R D E R

Because my son-in-law, Stanley Cohn, is a partner in the law firm of Lugenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard, it is necessary that I recuse myself in accordance with 28 U.S.C. § 455(a)(5).

Accordingly,

IT IS ORDERED that the Clerk of Court reallot the above captioned case to another Section of Court.

New Orleans, Louisiana, this 10 day of April, 2000.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 1 2000

APR 1 1 2000

REALLOTTED TO **SECT.E**