Minute Entry
Livaudais, S. J.
1 May 2000

UNITED STATES DISTRICT COURT

FILED

MAY 0 1 2000

Eastern District of Louisiana
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIGHLAND TOWING, L.L.C., ET AL                CIVIL ACTION

versus                                         NO. 00-0092

M/V ELKHORN RIVER, ETC. and                    SECTION: E/1
TRICO MARINE ASSETS, INC.

On April 4, 2000 defendant Trico Marine Assets, Inc. filed a motion to consolidate the above captioned civil action with civil action 00-0075 entitled *Darryl Watkins vs. Trico Marine Assets, Inc., Trico Operators, Inc. And Certain Interested Underwriter's at Lloyd's.* Thereafter the Court was advised that all of the parties in civil action 00-0075 reached a settlement and a Order of Dismissal was issued (copy attached). Therefore,

IT IS ORDERED that the motion of defendant, Trico Marine Assets, Inc., to consolidate be and is hereby DENIED AS MOOT. Additionally, counsel are requested to file the appropriate answer into the record of this proceeding.

New Orleans, Louisiana, this 1ST day of **May, 2000**.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

MAY 0 1 2000
Date of Entry

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc.No. 5