FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -1 PM 12: 27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIGHLAND TOWING, L.L.C., ET AL        CIVIL ACTION

versus                                 NO. 00-0092

M/V ELKHORN RIVER, ETC., ET AL        SECTION: E/1

## ORDER OF DISMISSAL

Pursuant to an earlier filed Joint Motion and Order of Dismissal, the Court was advised by counsel representing the parties that all of the parties in the above captioned civil action have reached a compromise, including, if applicable, any outstanding motions, cross-claims, counter-claims, interventions, limitation proceedings or third-party demands.

Accordingly,

IT IS ORDERED that the January 17, 2001 final pre-trial conference and the February 5, 2001 non-jury trial are CANCELED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this civil action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown within sixty (60) days to seek summary judgment enforcing the compromise if it is not consummated by that time.

DATE OF ENTRY
NOV 0 2 2000

\_\_Fee\_\_
\_\_Process\_\_
X /Dktd
\_\_CtRmDep\_\_
Doc.No.\_\_9\_\_

***COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.***

New Orleans, Louisiana, this **31**<sup>ST</sup> day of **October, 2000**.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge

Copy to:
  Magistrate Judge Shushan

--2--