

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIGHLAND TOWING, L.L.C.<br>HIGHLAND MARINE, L.L.C., AND<br>L&L OIL COMPANY, INC. | CIVIL ACTION<br><br>NO. 00-0092 |
| VERSUS | SECTION "E" |
| M/V ELKHORN RIVER, its engines, tackle,<br>appurtenances, etc., *in rem*, and<br>TRICO MARINE ASSETS, INC.<br>*in personam* | MAG. DIV. 1 |

### JOINT MOTION AND ORDER OF DISMISSAL

On joint motion of plaintiffs, Highland Towing, L.L.C., Highland Marine, L.L.C. and L&L Oil Company, Inc., and defendant, Trico Marine Operators, Inc. appearing herein through their undersigned counsel of record, and upon suggesting to the Court that all of plaintiffs' claims against Trico Marine Operators, Inc., *in personam* and the M/V ELKHORN RIVER, its engines, tackle, appurtenances, etc., *in rem*, in the above-numbered and entitled cause of action have been fully compromised and settled, and upon further representing that the parties desire this Court to retain jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the "Receipt and Release of All Claims" entered into between Highland Towing, L.L.C., Highland Marine, L.L.C. and L&L Oil Company, Inc. and Trico Marine Operators, Inc., it is hereby requested that the above-entitled cause of action be

DATE OF ENTRY
NOV 0 2 2000

- 1 -



dismissed with prejudice, each party to bear their own costs, and reserving this Court's jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the "Receipt and Release of All Claims" entered into between plaintiffs, Highland Towing, L.L.C., Highland Marine, L.L.C. and L&L Oil Company, Inc., and defendant, Trico Marine Operators, Inc.

          Respectfully submitted,

          **ADAMS AND REESE LLP**

By: _____
          EDWIN C. LAIZER, Bar #17014
          MICHAEL N. MIRE, Bar #21756
          4500 One Shell Square
          New Orleans, Louisiana 70139
          Telephone: (504) 581-3234
          Attorneys for Defendants,
          Trico Marine Assets, Inc.
          and the M/V ELKHORN RIVER

AND

**LUGENBUHL, BURKE, WHEATON, PECK RANKIN & HUBBARD**

By: _____
          SCOTT ROGER WHEATON, JR., BAR #13395
          DAVID B. SHARPE, BAR #20370
          27th Floor, Pan-American Life Center
          601 Poydras Street
          New Orleans, LA 70130-6027
          Attorneys for Highland Towing,
          L.L.C., Highland Marine, L.L.C. and
          L&L Oil Company, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by placing same in the United States Mail, first-class, postage prepaid, this 30TH day of October, 2000.

_____
MICHAEL N. MIRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIGHLAND TOWING, L.L.C.<br>HIGHLAND MARINE, L.L.C., AND<br>L&L OIL COMPANY, INC. | CIVIL ACTION<br><br>NO. 00-0092 |
| VERSUS | SECTION "E" |
| M/V ELKHORN RIVER, its engines, tackle,<br>appurtenances, etc., *in rem*, and<br>TRICO MARINE ASSETS, INC.<br>*in personam* | MAG. DIV. 1 |

ORDER

The above and foregoing Joint Motion and Order of Dismissal having been duly considered;

IT IS ORDERED, ADJUDGED AND DECREED that the same be and is hereby GRANTED, dismissing the above numbered and titled cause of action WITH PREJUDICE, each party to bear its own costs. This Court retains jurisdiction over any disputes relating to the validity, interpretation, performance, breach or enforcement of the "Receipt and Release of All Claims" entered into between plaintiffs, Highland Towing, L.L.C., Highland Marine, L.L.C. and L&L Oil Company, Inc., and defendant, Trico Marine Operators, Inc.

New Orleans, Louisiana, this __1st__ day of __NOV__, 2000.

_____
U.S. DISTRICT JUDGE MARCEL LIVAUDAIS, JR.